IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
CIVIL DIVISION

Sharon Payeur, individually and on behalf of all others similarly situated   PLAINTIFF

VS.

Howard Lee Schiff, P.C. and Portfolio Recovery Associates   DEFENDANT

CASE NO: 2:18-cv-00205

## AFFIDAVIT OF SERVICE

I, the undersigned, do hereby state that I am a person eighteen years or older and not a party otherwise interested in the subject matter of the controversy.

Said service to, **Portfolio Recovery Associates c/o Corporation Service Company**, was effected for Harman Law Offices at ~~1111 East Main Street~~ Richmond, VA 23219 on 6-5-18 10:04 (AM / PM) with a copy of the: 100 Shockoe Slip, 2nd Fl

[X] SUMMONS, COMPLAINT: in the following manner:

[X] Personal Service      x Renee Nordquist
[ ] Substitute Service    x _____

Being unable to make personal service, a copy was delivered in the following manner:
[ ] Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.

Name: _____ Age: ____ Relation: _____
[ ] Posted on front door or such other door as appears to be the main entrance to usual place of abode.
[ ] Served on Secretary of the Commonwealth     x _____
[ ] Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.
[ ] Not Found
[ ] No Service

( ) Copy mailed to judgment debtor after serving the garnishee
On date of service unless a different date of mailing is known

Process Server- Print & Sign
804-421-2773
M.T.G. Process Servers LLC
2114 Dabney Road, Suite B
Henrico, VA 23230

Comments: _____

Commonwealth of Virginia
County of Henrico
Subscribed and Sworn/Affirmed before me this 5 day of June, 2018

CCJ

[Notary Seal: CARY COLEMAN JONES, NOTARY PUBLIC, REG # 7552995, MY COMMISSION EXPIRES 1/31/2021, COMMONWEALTH OF VIRGINIA]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rene Nordquist, who is
designated by law to accept service of process on behalf of *(name of organization)* CSC
on *(date)* 6-5-18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-5-18

Server's signature

R. Carmichael
Printed name and title

7331 Bay Deer Cir Midlothian VA 23112
Server's address

Additional information regarding attempted service, etc:

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Subsection 3(b) Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY,** a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a)   Effective January 1, 2018 it maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

    (b)   Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c)   The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporation, limited liability company, partnership, trust and other entities, associations and person which have designated it as such agent are:

    Beverley L. Crump           Rene Nordquist
    Linda B. Liles              Dustin Kline
    Donna Creekmore

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this _18_ day of December 2017.

CORPORATION SERVICE COMPANY

By: _____
George A. Massih III, Vice President

The foregoing instrument was acknowledged before me this _18_ day of December 2017 by George A. Massih III

_____
Notary Public

My Commission Expires  6-16 2020